**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>JEFFREY S SIEGEL<br><br>Debtor(s) | Case No. 16-20169 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/21/2016.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 08/16/2016.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,309.00 |
| Less amount refunded to debtor | $4,309.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN CHARTERED BANK | Unsecured | 24,027.91 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,032.21 | NA | NA | 0.00 | 0.00 |
| Astoria Federal Savings | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Astoria Federal Savings | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 8,751.00 | NA | NA | 0.00 | 0.00 |
| BMW BANK OF NORTH AMERICA | Unsecured | 18,339.45 | 18,339.45 | 18,339.45 | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHUBB INDEMNITY INSURANCE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 720.00 | 2,112.36 | 2,112.36 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DAVID A MARCUS & ASSOCIATES IN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER STUDENT LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER STUDENT LOANS | Unsecured | 15,775.39 | 15,775.39 | 15,775.39 | 0.00 | 0.00 |
| DSNB MACYS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DSNB MACYS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EUGENIE TERRACE | Secured | NA | NA | NA | 0.00 | 0.00 |
| FGMK LLC | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| FGMK LLC | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 6,460.32 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OMAHA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 6,990.76 | 6,989.79 | 6,989.79 | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 9,585.82 | 9,910.70 | 9,910.70 | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 7,647.77 | NA | NA | 0.00 | 0.00 |
| HARRIS KESSLER & GOLDSTEIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 12,041.52 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 223,957.74 | 223,957.74 | 223,957.74 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,163.24 | 4,163.24 | 4,163.24 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 72,370.92 | 72,370.92 | 72,370.92 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 223,957.74 | NA | NA | 0.00 | 0.00 |
| KINGSLAND OCALA WATERWAY OV | Secured | 344.41 | NA | NA | 0.00 | 0.00 |
| KINGSLAND OCALA WATERWAY OV | Unsecured | 344.41 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAW FIRM OF MARK A BAZZANELLA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF MARIO CORREA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LURIE CHILDRENS | Unsecured | 2,300.43 | NA | NA | 0.00 | 0.00 |
| MARION COUNTY TAX COLLECTOR | Secured | 3,630.00 | NA | NA | 0.00 | 0.00 |
| MARION COUNTY TAX COLLECTOR | Unsecured | 2,507.54 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SOLUTION | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL FINANCIAL SERVICES INC | Unsecured | 17,844.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| PRINCIPAL RESIDENTIAL MORTGAG | Secured | 161,491.27 | NA | NA | 0.00 | 0.00 |
| PRINCIPAL RESIDENTIAL MORTGAG | Unsecured | 161,491.27 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 3,498.16 | 3,498.16 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SELENE FINANCE | Secured | NA | NA | 85,471.00 | 0.00 | 0.00 |
| SELENE FINANCE | Secured | 710,000.00 | NA | NA | 0.00 | 0.00 |
| SELENE FINANCE | Unsecured | 35,470.00 | NA | NA | 0.00 | 0.00 |
| STEWART THEODORE KUSPER ESQ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 3,062.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $85,471.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $223,957.74 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$309,428.74** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $72,370.92 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$72,370.92** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$60,789.09** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/05/2016              By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**